IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER 15-cr-30125-MJR |
| | ) | |
| | ) | 31 U.S.C. § 5324(a)(3) |
| KYONG SUK KIPILLA, | ) | |

FILED
JUL 28 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**

On or about August 1, 2012, in St. Clair County, within the Southern District of Illinois,

**KYONG SUK KIPILLA,**

Defendant herein, knowing that financial institutions are required to report to the United States Department of the Treasury currency transactions in amounts greater than $10,000, for the purpose of evading the reporting requirement did knowingly structure a currency transaction in an amount less than $10,000 involving a domestic financial institution whose deposits were insured by the Federal Deposit Insurance Corporation – namely, a deposit of currency in the amount of $9000, involving U.S. Bancorp. All in violation of Title 31, United States Code, Section 5324(a)(3).

**COUNT 2**

On or about August 14, 2012, in St. Clair County, within the Southern District of Illinois,

**KYONG SUK KIPILLA,**

Defendant herein, knowing that financial institutions are required to report to the United States

Department of the Treasury currency transactions in amounts greater than $10,000, for the purpose of evading the reporting requirement did knowingly structure a currency transaction in an amount less than $10,000 involving a domestic financial institution whose deposits were insured by the Federal Deposit Insurance Corporation – namely, a deposit of currency in the amount of $8900, involving U.S. Bancorp. All in violation of Title 31, United States Code, Section 5324(a)(3).

STEPHEN R. WIGGINTON
United States Attorney

STEPHEN B. CLARK
Assistant United States Attorney